# United States District Court
# Central District of California

| | |
|---|---|
| SONIA PEREZ, individually, and on behalf of a class of similarly situated individuals, | Case № 2:17-cv-02448-ODW (AGR) |
| Plaintiff, | **ORDER DENYING MOTION TO** |
| v. | **DISMISS AS MOOT [10]** |
| THE KROGER CO.; and DOES 1–10, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

Defendant The Kroger Company served Plaintiff Sonia Perez with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on May 5, 2017. (ECF No. 10.) Plaintiff filed a first amended complaint on May 26, 2017, twenty-one days later. (ECF No. 20.) Rule 15(a)(1) allows Plaintiff to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiff's amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

May 31, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**