# United States District Court
# Central District of California

| | |
|---|---|
| SONIA PEREZ, individually, and on behalf of a class of similarly situated individuals,<br>　　　　　Plaintiff,<br>　　v.<br>THE KROGER CO.; and DOES 1–10,<br>　　　　　Defendants. | Case № 2:17-cv-02448-ODW (AGR)<br><br>**JUDGMENT** |

The Court, having granted Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED**:

1. Plaintiff shall take nothing by her complaint against Defendant;
2. The action is dismissed with prejudice; and
3. Judgment is entered in favor of Defendant The Kroger Co.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Date: September 28, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**